**E. FOUGERA & CO., Inc., a Corporation Duly Organized and Existing under and by Virtue of the Laws of the State of New York, Owner and Claimant of Eleven Dozen Cartons, More or Less of an Article of Drug Labeled in Part "Vapex," Appellant, v. UNITED STATES of America, Appellee.**

No. 3427.

Circuit Court of Appeals, Fourth Circuit.
Jan. 14, 1933.

See, also, 59 F.(2d) 446.

Hinkley, Hisky & Burger, of Baltimore, Md., and Walter L. Post, of New York City, for the appellant.

Simon E. Sobeloff, U. S. Atty., of Baltimore, Md.

PER CURIAM.

Case dismissed under Rule 20 by agreement of counsel.